LTG

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -

KAREEM DAVIS,

   Defendant.

- - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUL 06 2015   ★

LONG ISLAND OFFICE

O R D E R

CR 05-0016 (JS)
Deft. #4

      This matter comes before the Court on the Application of KELLY T. CURRIE, Acting United States Attorney for the Eastern District of New York, by Lara Treinis Gatz, Assistant United States Attorney, for an order requiring the Queens District Attorney's Office and New York City Police Department Police Department to unseal their files concerning several robberies and a firearms possession: UF61#: 3724/2012, 3740/2012, 3746/2012, 3805/2012 and 4735/2012 (and Grand Jury minutes and trial transcripts) and to produce them to the United States so that it may comply with the its obligations pursuant to 18 U.S.C. § 3500.

      The Court finds that the Application is made in good faith and that there is a reasonable belief that requested relief is necessary in order for the government to comply with its obligations under 18 U.S.C. § 3500.

It is, therefore,

ORDERED, pursuant to 28 U.S.C. § 1651, that the Queens District Attorney's Office and the New York City Police Department unseal and produce to the government copies of its files concerning several robberies and a firearms possession: UF61#: 3724/2012, 3740/2012, 3746/2012, 3805/2012 and 4735/2012, as these files may contain 3500 material which the government in under an obligation to provide to the defendant before his VOSR Hearing currently scheduled for July 16, 2015.

Dated:   Central Islip, New York
         July 6, 2015

                                    HON. JOANNA SEYBERT
                                    UNITED STATES DISTRICT JUDGE
                                    EASTERN DISTRICT OF NEW YORK